**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEGGETT & PLATT, INCORPORATED; and L&P PROPERTY MANAGEMENT COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>VUTEK, INC.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:05 CV 788 CDP<br><br>Jury Trial Demanded |

**REPLY TO COUNTERCLAIM**

COMES NOW Leggett & Platt, Incorporated and L&P Property Management Company (collectively, "L&P"), by and through their attorneys, and hereby responds to Defendant Vutek, Inc.'s ("Defendant") Counterclaim:

**Parties**

1. Admit.

2. Admit.

3. Admit.

4. Admit.

**Jurisdiction and Venue**

5. L&P admits that the Court has jurisdiction over them in this lawsuit as a result of the Complaint filed in the above-captioned action, that venue is proper in this district, and that Defendant's infringement of one or more of the claims of the '518 Patent, and refusal to cease such infringement, created an actual controversy between the parties. Except as expressly admitted herein, L&P denies any other allegations contained in Paragraph 5 of the Counterclaim.

6. L&P admits that Defendant has asserted that its counterclaims arise under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, and the patent laws of the United States, Title 35 United States Code. L&P further admits that the Court has jurisdiction over Defendant's Counterclaim. Except as expressly admitted herein, L&P denies any other allegations contained in Paragraph 6 of the Counterclaim.

7. L&P incorporates by reference and realleges its responses to Paragraphs 1 through 5 of Defendant's Counterclaim as if fully restated herein.

8. Denied.

9. Denied.

10. L&P admits that Defendant requested a declaration that none of its products infringe any claim of the '518 patent. Except as otherwise expressly admitted herein, L&P denies each and every other allegation set forth in Paragraph 10 of Defendant's Counterclaim.

11. L&P incorporates by reference and realleges its responses to Paragraphs 1 through 5 of Defendant's Counterclaim as if fully restated herein.

12. Denied.

13. L&P admits that Defendant requested a declaration that each claim of the '518 Patent is invalid, without specifying any particular alleged reason or basis. Except as otherwise expressly admitted herein, L&P denies each and every other allegation set forth in Paragraph 13 of Defendant's Counterclaim.

WHEREFORE, Leggett & Platt, Incorporated and L&P Property Management Company respectfully pray that the Court deny the relief sought in Defendant's Counterclaim, that the Counterclaim be dismissed and/or stricken in its entirety, that the costs of this action and plaintiffs' attorneys' fees be taxed to Defendant, and that the Court grant such other and further relief as the Court deems just and proper under the circumstances.

This 19th day of July, 2005.

Respectfully submitted,

By: /s/ James B. Surber

David A. Roodman, #5116
daroodman@bryancave.com
Ameer Gado, #109918
aagado@bryancave.com
James B. Surber, #119141
jbsurber@bryancave.com
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Tele: 314-259-2000
Facs: 314-259-2020

***Attorneys for Plaintiffs Leggett & Platt, Incorporated, and L&P Property Management Company***

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2005, the foregoing Reply to Counterclaim was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert M. Evans
SENNIGER POWERS
One Metropolitan Square, Suite 1600
St. Louis, MO 63102
Tele: (314) 231-5400
Facs: (314) 231-4342

/s/ James B. Surber