UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LEGGETT & PLATT, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV788 CDP |
| | ) | |
| VUTEK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

I have carefully reviewed both parties' motions to compel, and after that review I conclude that both motions should be denied in almost all respects. I do not believe that a lengthy explanation or recitation of the parties' extensive disputes would serve any useful purpose. The parties can assume that I denied their motions for the reasons stated in the opposing briefs. Accordingly,

**IT IS HEREBY ORDERED** that Vutek's motion to compel production of documents and deposition testimony [#74] and Leggett & Platt's Motion to compel production of documents [#79] are denied except that Leggett & Platt shall produce all notes written by Joseph Jordan in the patent file histories regarding printer-related patents.

**IT IS FURTHER ORDERED** that Leggett & Platt will not be allowed to

pursue a lost-profits theory of damages at trial, as it has unequivocally stated its intention not to do so.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2006.