UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LEGGETT & PLATT, INC., | ) | |
| et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV788  CDP |
| | ) | |
| VUTEK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiffs have filed a motion asking me to reconsider my order directing them

to produce notes written by one of its attorneys in the patent file histories.  Vutek

opposes the motion.  I will grant L&P's motion, because when I entered the

previous order I erroneously believed that L&P had waived its right to claim work

product or attorney-client privilege as to these documents.  I now conclude that my

prior belief was incorrect, and I will vacate that portion of my prior order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to reconsider [#138] is

granted, and plaintiffs need not produce the notes referenced in motion.

**IT IS FURTHER ORDERED** that plaintiffs' motion for leave to file

documents under seal [#140] is granted, but I again remind plaintiffs that they need

not file individual motions for leave to file things under seal because the protective

order previously entered in this case grants that leave.  My docket text order of June

20, 2006 pointed this out, and I really do not want to have to rule on any more

unnecessary motions.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of August, 2006.